the Court of Appeals upheld the use of the weight of the whole solution for sentencing purposes. *Id.*, at 14, 15.

The issue is a recurring one. Because of the conflict, identical conduct in violation of the same federal laws may give rise to widely disparate sentences in different areas of the country. I would grant certiorari to resolve this conflict.

No. 90–1150. WILLY *v.* COASTAL CORP. ET AL., 503 U. S. 131;

No. 91–122. PFZ PROPERTIES, INC. *v.* RODRIGUEZ ET AL., 503 U. S. 257;

No. 91–756. WHITMER ET UX. *v.* JOHN HANCOCK MUTUAL LIFE INSURANCE CO. ET AL., 502 U. S. 1033;

No. 91–1095. BINKLEY ET AL. *v.* CATERPILLAR, INC., 503 U. S. 926;

No. 91–1174. MEYERS *v.* KALLESTEAD, DBA BETTE MOM'S TAVERN, 503 U. S. 920;

No. 91–1175. MORGAN *v.* COMMUNITY REDEVELOPMENT AGENCY OF THE CITY OF LOS ANGELES ET AL., 503 U. S. 937;

No. 91–1216. SUTHERLAND *v.* SUTHERLAND, 503 U. S. 952;

No. 91–1220. VIEHWEG *v.* DEVEREUX, 503 U. S. 927;

No. 91–1228. CSOKA *v.* WALDEN ET AL., 503 U. S. 938;

No. 91–1287. IRBY ET UX. *v.* UNITED STATES, 503 U. S. 939;

No. 91–1290. SCHWARZER *v.* DOUGLAS COUNTY, NEVADA, 503 U. S. 960;

No. 91–1389. VIGIL *v.* SOLANO ET AL., 503 U. S. 961;

No. 91–6160. HENTHORN *v.* UNITED STATES; and LAWRENCE *v.* UNITED STATES, 503 U. S. 972;

No. 91–6211. BELL *v.* CITY AND COUNTY OF DENVER, 502 U. S. 1016;

No. 91–6454. ALLEN *v.* MADIGAN, SECRETARY OF AGRICULTURE, 502 U. S. 1102;

No. 91–6538. IN RE JARRETT, 502 U. S. 1070;

No. 91–6633. WILLIAMS *v.* OFFICE OF PERSONNEL MANAGEMENT, 503 U. S. 941;

No. 91–6668. LEWIS *v.* RUSSE ET AL., 503 U. S. 921;

No. 91–6850. EDDMONDS *v.* ILLINOIS, 503 U. S. 942;

No. 91–7022. MURRAY *v.* DEPARTMENT OF HEALTH AND REHABILITATIVE SERVICES, 503 U. S. 911;

No. 91–7033. FRESQUEZ *v.* CALIFORNIA, 503 U. S. 922;

No. 91–7035.  KEYES v. HUCKLEBERRY HOUSE ET AL., 503 U. S. 922;

No. 91–7101.  MONTGOMERY v. UNIVERSITY OF CHICAGO ET AL., 503 U. S. 944;

No. 91–7171.  JUSTICE v. LTV STEEL CO., INC., FOR ITSELF AND AS SUCCESSOR TO REPUBLIC STEEL CORP., ET AL., 503 U. S. 946;

No. 91–7172.  HUFFSMITH v. WYOMING COUNTY PRISON BOARD ET AL., 503 U. S. 946;

No. 91–7182.  KEYES v. HUCKLEBERRY HOUSE ET AL.; and KEYES v. McISSAC, CHIEF PROBATION OFFICER, CITY AND COUNTY OF SAN FRANCISCO, 503 U. S. 962;

No. 91–7205.  GALLARDO v. UNITED STATES, 503 U. S. 923;

No. 91–7207.  CONNER v. INDIANA, 503 U. S. 946;

No. 91–7256.  IN RE COX, 503 U. S. 935;

No. 91–7278.  VALLADARES v. TEXAS, 503 U. S. 964;

No. 91–7366.  JOHNSON v. DERWINSKI, SECRETARY OF VETERANS AFFAIRS, 503 U. S. 990;

No. 91–7428.  IN RE JOHNS, 503 U. S. 935; and

No. 91–7511.  IN RE ZZIE, 503 U. S. 958.  Petitions for rehearing denied.

No. 91–654.  CAFARO v. NEW YORK, 502 U. S. 1005 and 1124. Motion for leave to file second petition for rehearing denied.

No. 91–786.  CLARKE v. LOMA LINDA FOODS, INC., ET AL., 502 U. S. 1034.  Petition for rehearing denied.  JUSTICE BLACKMUN would grant this petition.

No. 91–1341.  THANH VONG HOAI ET AL. v. THANH VAN VO ET AL., 503 U. S. 967.  Petition for rehearing denied.  JUSTICE THOMAS took no part in the consideration or decision of this petition.

No. 91–6693.  FISHER v. ALABAMA, 503 U. S. 941.  Petition for rehearing denied.  JUSTICE BLACKMUN, JUSTICE STEVENS, JUSTICE O'CONNOR, and JUSTICE KENNEDY would call for a response to the petition for rehearing.

MAY 19, 1992

No. A–854 (91–7914).  ROMERO v. TEXAS.  Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented